SMITH v. MATTHEWS.

Appeal from the Circuit Court of Washington County.

An affidavit of newly discovered testimony, on a motion for a new trial, should contain an averment of due diligence.

*Opinion of the Court by Napton Judge.*

Matthews sued Smith before a justice of the peace on an account and recovered $6, 12½. Smith appealed to the circuit court where judgment was again given for Matthews, Smith moved for a new trial and made affidavit that he had An affidavit discovered new testimony which was material to him. This of newly dis-affidavit was accompanied with the affidavit of the witness covered testi-mony, on a discovered, as to what he knew of the matter in controver-motion for a new trial, sy. The circuit court overruled the motion and gave judg-should con-ment from which Smith appealed to this court.
tain an aver-ment of due This court is of opinion that the affidavit of the appellant diligence. should have contained an averment that he had used due diligence. And we are further of opinion that the testimony of Lynch the newly discovered witness was no wis material. Judgment affirmed.